**Fill in this Information to identify the case:**

Debtor 1   Jon Wilson Zane
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   District of Nevada

Case Number:   13-50138

---

Form NVB 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $5,454.94 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of Nevada
> 501 Las Vegas Boulevard South
> Suite 1100
> Las Vegas, NV 89101

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 23, 2020

_____
Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

### 6. Notarization
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>June 23, 2020</u> was subscribed and sworn to before me this ___23rd___ day of ___June___, 20_20_ by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _/s/ Matthew Zettley_

My commission expires: <u>February 19, 2022</u>

*[Notary Seal: MATTHEW ZETTLEY, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2022]*

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

Names and addresses of all other parties served:

Date: June 23, 2020

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Katherine Fowler. Katherine Fowler passed away on April 13, 2017. The heirs to her estate are Annie and Elizabeth Fowler.

Annie and Elizabeth Fowler for the intestate estate of Katherine Fowler has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 6/23/2020 (Docket #183).

Date: <u>June 23, 2020</u>

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Dilks | & | Knopik

June 23, 2020

United State Bankruptcy Court
ATTN: Financial Department
300 Las Vegas Blvd. South
Las Vegas, NV 89101

RECEIVED
AND FILED
JUN 29 2020
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
NPC

RE: Application for the Release of Unclaimed Funds

Dear Friends:

I am applying to the US Bankruptcy Court, District of Nevada for the release of the unclaimed monies originally due and owing to Katherine Fowler for the approximant amount of $5,454.94. This is from the Bankruptcy of Jon Wilson Zane and Case No. 13-50138-btb.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Member

35308 SE Center Street
Snoqualmie, WA 98065

Phone  425-836-5728
Fax    877-209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com



# NOTICE OF RECEIPT OF MAIL

This document was received through the mail by the U.S. Bankruptcy Court, District of Nevada.

The court is committed to continuing service to the public during the Coronavirus (COVID-19) outbreak. During Governor Sisolak's press conference he stated that all Nevadans should stay home to protect family and the public. The court is taking actions to protect individuals involved in bankruptcy cases, as well as court employees, from transmission of the virus.

Due to safety and health concerns for U.S. Bankruptcy Court's staff, the time stamp on this document is when the envelope was received in the Clerk's office. The documents are being held for a minimum of 24 hours before processing per instructions for handling mail by the U.S. Marshal Service.

Clerk's Office
U.S. Bankruptcy Court,
District of Nevada
Phone:  1-866-232-1266
Email: helpdesk@nvb.uscourts.gov
Website:  www.nvb.uscourts.gov