NVB 3011 (Rev. 2/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−13−50138−btb<br>CHAPTER 13 |
| JON WILSON ZANE | |
| Debtor(s) | NOTICE OF DEFICIENCY<br>ON MOTION TO PAY<br>UNCLAIMED FUNDS |

The request for payment of Unclaimed Funds submitted by Dilks & Knopik, LLC as assignee Katherine Fowler. has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

   *   Supporting documentation required (see comments).

Comments:  Elizabeths driver license doesnt match the address on the affidavit.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 9/1/20

Financial Deputy Clerk